**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SHERON TERRY, et al. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 15-cv-02321-PWG |
| REGENCY MANAGEMENT SERVICES, LLC., et al. | * | |
| | * | |
| Defendants | | |

## DISCLOSURE OF CORPORATE INTERESTS

Pursuant to Rule 103.3 of the Local Rules of the United States District Court for the District of Maryland, Defendants, Mid-Atlantic Warehouse Services, Inc., Regency Furniture of Brandywine, Inc., Regency Furniture, Inc., are privately owned entities and not publicly traded. No other entity has a financial interest in this matter.

       /S/
Eric Hemmendinger, Bar No. 02050
SHAWE & ROSENTHAL, LLP
One South Street, Suite 1800
Baltimore, MD 21202
410-752-1040 Phone
410-752-8861 Facsimile
eh@shawe.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on this 25th day of September, 2015, a copy of the foregoing was served via the Court's Electronic Case Filing System, upon:

>Richard P. Neuworth, Esquire
>Devan M. Wang, Esquire
>Lebau & Neuworth, LLC
>606 Baltimore Avenue, Suite 201
>Baltimore, MD 21204
>
>Benjamin L. Davis, III, Esquire
>James A. Lanier, Esquire
>The Law Office of Peter T. Nicholl
>36 S. Charles Street, Suite 1700
>Baltimore, MD 21201
>
>*Counsel for Plaintiffs*

                      /S/
                  Eric Hemmendinger

483505